IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR114-62 |
| | ) | |
| KAMILYA NICHOLSON | ) | |

## O R D E R

The defendant, Kamilya Nicholson, surrendered for service of her sentence on January 5, 2015 and is in the custody of the Bureau of Prisons.

Surety, Beverly Smith, has requested the return of the $1,000.00 cash security posted on the defendant's $10,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,000.00 posted by Beverly Smith for this defendant, plus all accrued interest thereon, be returned to Beverly Smith at P.O. Box 507, Brooklet, GA 30458.

This _16th_ day of _January_ , 2015 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA